**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| JOSE SANCHEZ-SORIANO<br>-v-<br>UNITED STATES OF AMERICA, et. al., | FILED: AUGUST 26, 2008<br>08CV4878<br>JUDGE LEINENWEBER<br>MAGISTRATE JUDGE MASON<br>AO |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jose Sanchez-Soriano

| NAME (Type or print) |
|---|
| Stanley J. Horn |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Stanley J. Horn |

| FIRM |
|---|
| Horn, Khalaf, Abuzir, Mitchell & Schmidt, LLC |

| STREET ADDRESS |
|---|
| 2 N. LaSalle Street, Suite 630 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | (312) 281-5444 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐