U.S. DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE SANCHEZ-SORIANO, )<br>A28 528 205 )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>UNITED STATES OF AMERICA; MICHAEL )<br>MUKASEY, U.S. Attorney General; MICHAEL )<br>CHERTOFF, Secretary, U.S. Department of )<br>Homeland Security; RANDY KERN, Warden, )<br>Tri-County Justice and Detention Center; )<br>CAPTAIN CLIFF CAVINS, Chief of Security, )<br>Tri-County Justice and Detention Center; RUTH )<br>DOROCHOFF, District Director, U.S. Citizenship )<br>and Immigration Services, Chicago Field Office; )<br>GLENN TRIVELINE, Acting Field Office )<br>Director, U.S. Immigration and Customs )<br>Enforcement, Chicago Field Office; U.S. )<br>IMMIGRATION AND CUSTOMS )<br>ENFORCEMENT; PULASKI COUNTY, )<br>ILLINOIS; THE GEO GROUP, INC. )<br> )<br>    Defendants. ) | NO. FILED: AUGUST 26, 2008<br>     08CV4878<br>     JUDGE LEINENWEBER<br>     MAGISTRATE JUDGE MASON<br><br>     AO<br><br><br>JURY DEMAND |

## NOTICE OF FILING

TO:

| | |
|---|---|
| U.S. Attorney's Office<br>Northern District of Illinois<br>219 S. Dearborn Street, Suite 500<br>Chicago, IL 60604<br>**Via First Class Mail** | Michael Mukasey<br>U.S. Attorney General<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530<br>**Via First Class Mail** |
| Michael Chertoff<br>Office of General Counsel<br>U.S. Department of Homeland Security<br>Washington, DC 20528<br>**Via First Class Mail** | Randy Kern, Warden<br>Tri-County Justice and Detention Center<br>1026 Shawnee College Road<br>Ullin, IL 62992<br>**Via First Class Mail** |
| Captain Cliff Cavins, Chief of Security<br>Tri-County Justice and Detention Center<br>1026 Shawnee College Road<br>Ullin, IL 62992<br>**Via First Class Mail** | Ruth Dorochoff<br>District Director, USCIS Chicago Field Office<br>101 W. Congress Parkway<br>Chicago, IL 60605<br>**Via First Class Mail** |

| | |
|---|---|
| Glenn Triveline<br>U.S. Customs and Immigration Enforcement<br>101 W. Congress Parkway, 4th Floor<br>Chicago, IL 60605<br>**Via First Class Mail** | Pulaski County Clerk's Office<br>Tri-County Justice and Detention Center<br>1026 Shawnee College Road, Room B<br>Ullin, IL 62992<br>**Via First Class Mail** |
| The Geo Group, Inc.<br>c/o Illinois Corporation Service C<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703<br>**Via First Class Mail** | The Geo Group, Inc.<br>621 NW 53rd Street<br>Suite 700<br>Boca Raton, FL 33487<br>**Via First Class Mail** |

PLEASE TAKE NOTICE that on July 26, 2008, Plaintiff filed with the District Court for the Northern District of Illinois, his Petition for a Writ of Mandamus, a copy of which is hereby served upon you as indicated above.

s/Stanley J. Horn
STANLEY J. HORN
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused this Notice to be served upon the above addressed by mail service or hand delivery by 5:00 p.m. on July 26, 2008.

s/Stanley J. Horn
STANLEY J. HORN
Attorney for Plaintiff

Stanley J. Horn
Horn, Khalaf, Abuzir, Mitchell & Schmidt
2 North LaSalle, Suite 630
Chicago, IL 60602
Telephone: (312) 281-5444
Fax: (312) 558-9075
E-mail: shorn@hkamlaw.com