## United States District Court for the Northern District of Illinois

Case Number: 08CV4878  Assigned/Issued By: DAJ

Judge Name: LEINENWEBER  Designated Magistrate Judge: MASON

**FEE INFORMATION**

*Amount Due:* [✓] $350.00  [ ] $39.00  [ ] $5.00
[ ] IFP  [ ] No Fee  [ ] Other _____
[ ] $455.00

Number of Service Copies _____  Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00  Receipt #: 3052609

Date Payment Rec'd: 08/26/08  Fiscal Clerk: DAJ

**ISSUANCES**

[✓] Summons  [ ] Alias Summons
[ ] Third Party Summons  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons  [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
[ ] Citation to Discover Assets  (Victim, Against and $ Amount)
[ ] Writ _____
   (Type of Writ)

5  Original and  0  copies on  08/26/08  as to  DOROCHOFF, CHERTOFF,
                              (Date)
MUKASEY, TRIVELINE, US ATTORNEY.

C:\wpwin80\docket\feeinfo.frm     03/14/05